**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1570**

---

BRANDY THOMPSON,

> Plaintiff - Appellant,

> v.

LLOYD J. AUSTIN, III, Secretary of Defense; DOE 1; DOE 2; DOE 3,

> Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:21-cv-00283-M)

---

Submitted:  December 14, 2023                    Decided:  December 18, 2023

---

Before GREGORY and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Brandy Thompson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandy Thompson appeals the district court's order granting the United States Secretary of Defense summary judgment on Thompson's discrimination, retaliation, and harassment claims, brought pursuant to the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701 to 796*l*, and on her state law tort claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Thompson v. Austin*, No. 5:21-cv-00283-M (E.D.N.C. Mar. 31, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*